Case 1:25-cv-00962-PLM-SJB   ECF No. 1, PageID.1   Filed 08/18/25   Page 1 of 6

FILED - GR
August 18, 2025 3:13 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: JW /8-19

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Dominique D'aurye Motton

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Kalamazoo County, Deputy Adams, et al

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☒

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

2. Is the action still pending?   Yes ☐   No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

3. Did you appeal the decision?   Yes ☐   No ☐

4. Is the appeal still pending?   Yes ☐   No ☐

   a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?  Yes ☐   No ☐

   a. If so, explain: _____

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff: Dominique D'aurye Motton

Place of Present Confinement: Kalamazoo County Jail

Address: 1500 Lamont Ave Kalamazoo, MI 49048

Place of Confinement During Events Described in Complaint: Kalamazoo County Jail Transport GARAGE

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1: Kalamazoo County
Position or Title: Kalamazoo County Sheriff Office
Place of Employment: Kalamazoo County Jail
Address: 1500 Lamont Ave, Kalamazoo, MI 49048
Official and/or personal capacity? Official

Name of Defendant #2: Unknown, Adams
Position or Title: Deputy
Place of Employment: Kalamazoo County JAIL
Address: 1500 Lamont Ave Kalamazoo, MI 49048
Official and/or personal capacity? Official

Name of Defendant #3: Unidentified Defendant
Position or Title: Deputy
Place of Employment: Kalamazoo County Jail
Address: 1500 Lamont Ave Kalamazoo, MI 49048
Official and/or personal capacity? Official

Name of Defendant #4: ___
Position or Title: ___
Place of Employment: ___
Address: ___
Official and/or personal capacity? ___

Name of Defendant #5: ___
Position or Title: ___
Place of Employment: ___
Address: ___
Official and/or personal capacity? ___

- 3 -   (W.D. Mich. Form – Last Revised: September 2021)

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On May 12th, 2025 around 4:30PM, I was left in the Jail transportation van. I was in the van for 2-3 hours in extreme heat with no water and no air. I was with 7 other people and 3 others including me had to poop and pee ourselves. Deputy Adams was the van driver and left us in the garage. I was in leg shackles and belly chains. The head deputy in charge walked past the van while we were banging on the window. It was really hot that day even hotter inside the van in the garage. I had to calm a mentally ill person "Jorden Dozen" down he was having a panick attack for 20 minutes straight. As it was getting hotter more the smell was unbearable. We had to sit in our pee & feces for 3 hours. As time go by im starting to having heat flashes due to how hot it was, I was close to having a heat stroke. The old man that I was with was slowly dieing he told me his last wishes before he die. As time go by we had to figure out how to escape before we die. I had to kick the window out and jump out head first while in belly chains I sustained a concussion and face abrasions. This cause me to have night terrors, anxiety attacks, and my mental health deteriated. I am currently losing my vision and I've been having headaches non stop everyday since the incident. They didnt schedule a hospital visit until July when I kept complaining.

Claim 1: Kalamazoo County, Sheriff Richard Fuller III, were deliberately indifferent to my serious medical needs when they let the jail make it a practice to leave inmates in death threating conditions.

Claim 2: Deputy Adams, whoever violated this plaintiffs rights to the Equal protection of the law when they treated this plaintiff arbitrary an left him in Death threating conditions than other similar situated individuals.

Claim 3: Deputy Adams, whoever else violated my 14th Amendment rights Substantive Due process when they Deliberatly imposed/ Disregarded Arbitrary unconstitutional conditions of confinement.

Claim 4: State Law - intentional infliction of Emotional damage Deputy Adams, whoever else intentionally inflicted Emotional damage and mental Duress by leaving this inmate in a hot car with unbearable conditions for hours whom believed he would die.

## IV. Relief

State briefly and precisely what you want the court to do for you.

I Am Seeking monetary Compensation for my injuries, emotional and Physical suffering. Also for my mental health. I ask to get released on A Personal Recognizance Bond due to me not Being safe in Jail, Medical Protocols Not being met, Safety Protocols not being met, and me being treated differently than others.

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☒ I request that this case be assigned to a district judge.

7/10/25
Date


Signature of Plaintiff

## NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Dominique Motton #523881
1500 Lamont Ave
Kalamazoo, MI 49048





U.S. District Court
399 Federal Building
110 Michigan st Nw
Grand Rapids, MI 49503