# 1

The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

# Kalamazoo County Jail
# Resident Grievance Form

Date: 5-13-25     A#: 523881     Cell: BS2

Name: Motton, Domin nr

**Statement of Grievance (detail all facts, such as who, what, when, where, and all witnesses):**

On 5-12-25 me and 7 others were locked in a transport van. Yall violated my 8th Amendment. I suffered hardship sitting around other people pee & poop. We didn't have air or water for some hours. I got PTSD and that situation made it worse. I suffered bodily injuries. All this happen while still in belly chains and shackles.

***Use back if needed.***

**Recommended Solution:** Monetary Compensation

***DO NOT WRITE BELOW THIS LINE.***

**Officer Responding:**                                    **Date:**

**Response:**

# Kalamazoo County Jail
# Resident Grievance Form

Date: 5-16-25   A#: 523981   Cell: B52

Name: Motton, Dominique

**Statement of Grievance (detail all facts, such as who, what, when, where, and all witnesses):**

I wrote a grievance 72 hrs ago and have yet to recieve a respond. I was left in the transportation van and I AM going through alot and im suffering. I Also want to press charges against the driver who left us in the van!

***Use back if needed.***

**Recommended Solution:** Step 2   Press charges   Monetary Compensation

***DO NOT WRITE BELOW THIS LINE.***

**Officer Responding:**                                                      **Date:**

**Response:**

# Kalamazoo County Jail
## Resident Grievance Form

Date: 5-19-25     A#: 523881     Cell: 1-J-2

Name: Motton, Dominique

**Statement of Grievance (detail all facts, such as who, what, when, where, and all witnesses):**

NoBody respond to my 1st or 2nd grievance about me getting left in Kalamazoo County Court Van! The issue is Not seem to Be getting took care of!

***Use back if needed.***

**Recommended Solution:** Step 3 Monetary Compensation

***DO NOT WRITE BELOW THIS LINE.***

**Officer Responding:**     Date:

**Response:**

# Kalamazoo County Jail
# Resident Grievance Form

Date: 7-9-25    A#: 523881    Cell: BS32

Name: Motton, Dominique

**Statement of Grievance (detail all facts, such as who, what, when, where, and all witnesses):**

I havent Recieved a Response from my last 3 grievances about me being left in Van.

***Use back if needed.***

**Recommended Solution:**

Step 4 - Monetary Compensation

***DO NOT WRITE BELOW THIS LINE.***

**Officer Responding:**                                    **Date:**

**Response:**

# Kalamazoo County Jail
## Resident Grievance Form

Date: 5-13-25     A#: 523881     Cell: B52

Name: Motton, Dominsur

Statement of Grievance (detail all facts, such as who, what, when, where, and all witnesses):

On 5-12-25 me and 7 others were locked in a transport van. Yall violated my 8th Amendment. I suffered hardship sitting around other people pee's poop. We didn't have a rest[room] for some hours. I got PTSD and that situation made it worse. I suffered Bodily injuries. All this happen while I'm still in Belly Chains and Shackles.

***Use back if needed.***

Recommended Solution:

Monetary Compensation

***DO NOT WRITE BELOW THIS LINE.***

Officer Responding:                                Date:

Response:

# Kalamazoo County Jail
## Resident Grievance Form

Date: 5-16-25    A#: 523881    Cell: E52

Name: Motton, Dominique

**Statement of Grievance (detail all facts, such as who, what, when, where, and all witnesses):**

I wrote a grievence 72 hrs ago and have yet to recieve a respond. I was left in the trans/brigsion van and I AM going through alot and im suffering I also was [illegible] [illegible] [illegible]

***Use back if needed.***

**Recommended Solution:** Step 2  press charges  Monetary Compensation

***DO NOT WRITE BELOW THIS LINE.***

**Officer Responding:**    Date:

**Response:**

# Kalamazoo County Jail
## Resident Grievance Form

Date: 5-19-25        A#: 523881        Cell: B52

Name: Motton, Dominique

**Statement of Grievance (detail all facts, such as who, what, when, where, and all witnesses):**

NoBody respond to my 1st or 2nd grievance about me getting left in Kalamzoo County Court van! The issue is Not seem to Be getting took care of!

***Use back if needed.***

**Recommended Solution:** Step 3 Monetary Compensation!

***DO NOT WRITE BELOW THIS LINE.***

Officer Responding:                           Date:

Response:

# Kalamazoo County Jail
## Resident Grievance Form

Date: 7-9-25      A#: 523881      Cell: KS32

Name: Moton, Dominic

**Statement of Grievance** (detail all facts, such as who, what, when, where, and all witnesses):

I havent Recieved a Response from my last 3 grievances about me being left in Van.

***Use back if needed.***

**Recommended Solution:**

Step 4 - Monitary Compensation

***DO NOT WRITE BELOW THIS LINE.***

**Officer Responding:**                                   **Date:**

**Response:**